IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **ST. JUDE CHILDREN'S RESEARCH HOSPITAL, INC.,** a Tennessee Not-For-Profit Corporation, | § § § § | |
| **Plaintiff,** | § § | **Case No.    2:08 CV 02299** |
| vs. | § § | |
| **QUEST DIAGNOSTICS INCORPORATED,** a Delaware Corporation, | § § § § | |
| **Defendant.** | § § | |
| **QUEST DIAGNOSTICS INCORPORATED,** a Delaware Corporation, | § § § | |
| **Counter-Claimant,** | § § | |
| vs. | § § | |
| **ST. JUDE CHILDREN'S RESEARCH HOSPITAL, INC.,** a Tennessee Not-For-Profit Corporation, | § § § § | |
| **Counter-Defendant.** | § § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff/Counter-Defendant St. Jude Children's Research Hospital ("St. Jude") and Defendant/Counter-Claimant Quest Diagnostics Incorporated ("QDI"), (collectively the "Parties"), by and through their respective counsel of record, subject to the approval of the Court, stipulate that, pursuant to a settlement agreement between the Parties, St. Jude's complaint against Quest shall be, and hereby is, dismissed with prejudice, and Quest's counterclaims against St. Jude shall be, and hereby are, dismissed without prejudice, with each party to bear its own attorney fees and costs.

24080949_1.DOC

81138454.1

DATED:  December 9, 2009          By:  s/ Glen G. Reid, Jr.
                                        Glen G. Reid, Jr. (TN Bar # 8184)
                                        **Wyatt, Tarrant & Combs, LLP**
                                        1715 Aaron Brenner Drive; Suite 800
                                        Memphis, TN 38120
                                        Tel:  (901) 537-1000
                                        Fax: (901) 537-1010
                                        greid@wyattfirm.com

                                        AND

                                        Jesse J. Jenner, Esq.
                                        Christopher J. Harnett, Esq.
                                        Michael S. Burling, Esq.
                                        Jamie L. Lucia, Esq.
                                        **ROPES & GRAY L.L.P.**
                                        1112 Avenue of Americas
                                        New York, NY 10036-8704
                                        Tel:  (212) 596-9000


                                        **Attorneys for Plaintiff and Counter-Defendant
                                        ST. JUDE CHILDREN'S RESEARCH HOSPITAL**

| | |
|---|---|
| DATED:  December 9, 2009 | By: s/ Charles F. Morrow<br>Charles F. Morrow (TN Bar # 13890)<br>**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**<br>6075 Poplar Avenue; Suite 500<br>Memphis, TN 38119<br>Tel:  (901) 680-7317<br>Fax: (901) 680-7201<br>chip.morrow@butlersnow.com |

AND

Martin R. Lueck, Esq.
Emmett J. McMahon, Esq.
Julia D. Klein, Esq.
Lars P. Taavola, Esq.
Sharon E. Roberg-Perez, Esq.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel:  (612) 349-8500
Fax: (612) 339-4181

**Attorneys for Defendant and Counter-Claimant
QUEST DIAGNOSTICS INCORPORATED**

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on all counsel of record via the Court's ECF system, this the 9th day of December, 2009.

/s/ Glen G. Reid, Jr.   _____